USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

—— against ——

KARIEM BROADNAX,                                      15 CR 878(VM)

                                    Defendant.

**VICTOR MARRERO, United States District Judge.**

     Defendant Kariem Broadnax ("Broadnax") requests that he be permitted to file a motion for compassionate release pursuant to 18 U.S.C. § 3582(c). (See Dkt. No. 167.)  The Court hereby directs Broadnax to submit any such motion to the Court by mail or electronically. The Government is directed to respond to any such motion within five (5) days of receipt.

     The Clerk of Court is respectfully directed to mail a copy of this Order to Broadnax.

**SO ORDERED:**

Dated: New York, New York
     25 June 2020

_____
Victor Marrero
U.S.D.J.