USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARIEM BROADNAX,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

22-CV-0537 (VM)

15-CR-0878 (VM)

ORDER, 28 U.S.C. § 2255

VICTOR MARRERO, United States District Judge:

The Court, being unable to conclude whether the judgment has become final in the underlying direct appeal,[1] hereby ORDERS that:

Within thirty days of the date of this Order, Movant Kariem Broadnax shall inform the Court, in writing, whether he filed a petition for a writ of certiorari before the Supreme Court, and if so, whether that petition is still pending.

The Clerk of the Court is respectfully ordered to mail a copy of this Order to Kariem Broadnax, USMS No. 92496054, F.C.C. Allenwood U.S.P., P.O. Box 3000, White Deer, PA 17887.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated:   January 25, 2022
         New York, New York

                                                  Victor Marrero
                                                  U.S.D.J.

---

[1] On the Section 2255 Motion, Movant answered "yes" to the question "Did you file a petition for certiorari in the United States Supreme Court?" but answered "N/A" to all subsequent questions related to a cert petition.