USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------X
KARIEM BROADNAX,                       :
                                       :
                    Petitioner,         :   15 Crim. 878 (VM)
                                       :   22 Civ. 537 (VM)
  - against -                         :   <u>**ORDER**</u>
                                       :
UNITED STATES OF AMERICA,              :
                                       :
                    Respondent.         :
---------------------------------------X

**VICTOR MARRERO, United States District Judge.**

On September 26, 2022, the Court received a letter filed by petitioner Kariem Broadnax (<u>see</u> Crim. Dkt. No. 198), requesting to be appointed an attorney to appeal this Court's Order dated September 12, 2022. (<u>See</u> Crim. Dkt. No. 195.) The Court hereby directs the Government to respond to Petitioner's letter within thirty (30) days of the date of this Order. The Clerk of Court is respectfully ordered to mail a copy of this Order to Kariem Broadnax, Register Number 92496-054, F.C.I. Thomson, P.O. Box 1002, Thomson, Illinois 61285.

**SO ORDERED.**

Dated:    New York, New York
          September 28, 2022

_____
Victor Marrero
U.S.D.J.