**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2023
```

KARIEM BROADNAX,

                              Petitioner,

                - against -

UNITED STATES OF AMERICA,

                              Respondent.

**22 Civ. 537 (VM)**
**15 Crim. 878 (VM)**

__ORDER__

**VICTOR MARRERO, United States District Judge.**

Pro se petitioner Kariem Broadnax ("Petitioner") filed a motion for leave to proceed *in forma pauperis* on appeal. (See Civ. Dkt. No. 21.) The Court hereby grants Petitioner's motion for leave to proceed *in forma pauperis* on appeal. The Clerk of Court is respectfully ordered to mail a copy of this Order to Kariem Broadnax, Register Number 92496-054, F.C.I. Thomson, P.O. Box 1002, Thomson, Illinois 61285.

**SO ORDERED.**

Dated:      6 February 2023
            New York, New York

                                    _____
                                        Victor Marrero
                                        U.S.D.J.