```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

             - against -

KARIEM BROADNAX,

             Defendant.

**15 CR 878 (VM)**
**ORDER**

**VICTOR MARRERO, United States District Judge.**

On May 25, 2023, the Court received defendant Kariem Broadnax's ("Broadnax") motion for appointment of counsel in order to file a motion for compassionate release pursuant to 18 U.S.C. Section 3582(c)(1)(A). (See Dkt. No. 220.) The Court hereby directs the Government to respond to Broadnax's motion within sixty (60) days of the date of this Order. The Clerk of Court is respectfully directed to mail a copy of this Order to Kariem Broadnax, Register Number 92496-054, U.S.P. Victorville, P.O. Box 3900, Adelanto, California 92301.

**SO ORDERED.**

Dated:    31 May 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.